BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER R. PILCH
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Citation No. 4426381 |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION AND PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| CORINNA O. TORRES-SHAW, | ) | |
| Defendant | ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Christopher R. Pilch, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 4426381 against CORINNA O. TORRES-SHAW without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure

Dated:  August 8, 2016

Respectfully Submitted,
Benjamin B. Wagner
United States Attorney

By: /s/ Christopher R. Pilch

Christopher R. Pilch
Special Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED that Citation Number 4426381 against CORINNA O. TORRES-SHAW be dismissed without prejudice, in the interest of justice.

Dated:  August  8 , 2016

_____
HON. JENNIFER L. THURSTON
United States Magistrate Judge